UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>SHUMPERT,<br>　　　　Defendant. | Case No. 18-cr-00582-VC-1<br><br>**ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 35 |

　　　　Compassionate release is appropriate in Shumpert's case. The government does not dispute that Shumpert's health situation creates "an extraordinary and compelling reason" that could support compassionate release. And Shumpert is not likely to be a danger to the community. After considering all the sentencing factors listed in 18 U.S.C. § 3553(a), the Court concludes that they support a sentence of home confinement, and orders:

1. Shumpert's sentence is modified to time served, and he is ordered to be immediately released from the Burau of Prisons.

2. Upon his release, Shumpert will serve the remaining portion of the term of imprisonment imposed in his original sentence as a special term of supervised release with:

    a. an additional special condition that he will be subject to home confinement and must participate in the Location Monitoring Program as directed by the probation officer and be monitored by location monitoring technology at the discretion of the probation officer; and

    b. all of the terms and conditions of supervised release set forth in the judgment (Dkt. No. 32).

3. Upon his release, Shumpert will be transported to Carolyn Morris-Shumpert's residence in Fairfield, California, where he will self-quarantine for 14 days in a separate room. After completing the quarantine, and during the new term of supervised release, Mr. Shumpert shall remain at the Fairfield residence at all times except for employment; education; religious services; medical appointments; obligations related to caring for his mother; attorney visits; court appearances; court ordered obligations; or other approved activities, all of which (with the exception of medical emergencies) must be approved in advance by the United States Probation Department.

4. After completing the new term of supervise released under home confinement, Shumpert will then complete the full term of supervised release imposed at sentencing with all of the terms and conditions set forth in the judgment.

**IT IS SO ORDERED.**

Dated: January 6, 2021

VINCE CHHABRIA
United States District Judge